

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Bobby D. Hall-Bey v. Heather R. Thomas

Appellate case number:      01-18-00112-CV

Trial court case number:    89389-I

Trial court:                412th District Court of Brazoria County

Appellant, Bobby D. Hall-Bey, has filed a "Truth Affidavit In The Nature of Access to the Court" in which he requests additional time to prepare and file his brief in this appeal. We **grant** the motion for additional time.

**Appellant's brief is due no later than July 30, 2018.** TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: June 14, 2018